## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **05**CR **1 0 1 0 7** PBS |
| ) | **CRIMINAL NO.** |
| **v.** ) | **VIOLATIONS:** |
| ) | **18 U.S.C. §2113(a)** |
| **RICARDO FLORES** ) | **BANK ROBBERY** |

## INDICTMENT

**COUNT ONE:**    **18 U.S.C. §2113(a) - Bank Robbery**

The Grand Jury charges that:

On or about December 23, 2004, at Leominster, in the
District of Massachusetts,

### RICARDO FLORES,

defendant herein, by force and violence and by intimidation, did
take from the person and presence of another approximately
$3,380.00, money belonging to and in the care, custody, control,
management and possession of the Sovereign Bank branch located at
11 Park Street, Leominster, Massachusetts, a bank the deposits of
which were then insured by the Federal Deposit Insurance
Corporation.

All in violation of Title 18, United States Code, Section
2113(a).

**COUNT TWO:**     **18 U.S.C. §2113(a) - Bank Robbery**

The Grand Jury further charges that:

On or about December 29, 2004, at Boston, in the District of Massachusetts,

### RICARDO FLORES,

defendant herein, by force and violence and by intimidation, took from the person and presence of another approximately $1,975.00, money belonging to and in the care, custody, control, management and possession of the Sovereign Bank branch located at 780 Gallivan Boulevard, Dorchester, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT THREE:    18 U.S.C. §2113(a) - Bank Robbery**

The Grand Jury further charges that:

On or about January 10, 2005, at Boston, in the District of Massachusetts,

### RICARDO FLORES,

defendant herein, by force and violence and by intimidation, took from the person and presence of another approximately $2,450.00, money belonging to and in the care, custody, control, management and possession of the Wainwright Bank branch located at 687 Centre Street, Jamaica Plain, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT FOUR:**   **18 U.S.C. §2113(a) - Bank Robbery**

The Grand Jury further charges that:

On or about January 18, 2005, at Boston, in the District of Massachusetts,

### RICARDO FLORES,

defendant herein, by force and violence and by intimidation, took from the person and presence of another approximately $2,291.00, money belonging to and in the care, custody, control, management and possession of the Bank of America branch located at 667 Centre Street, Jamaica Plain, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; _April 20_ , 2005 _12:52 PM_

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet** ~~Cr 1 0 1 0 7 PBS~~ **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No. __II_____        Investigating Agency __FBI_____

**City** __Leominster, Boston_____        **Related Case Information:**

**County** __Worcester, Suffolk_____        Superseding Ind./ Inf. _____    Case No. _____
                                                              Same Defendant _____    New _____
                                                              Magistrate Judge Case Number _____
                                                              Search Warrant Case Number _____
                                                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Ricardo Flores_____        Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date: __1972____    SS#: _____    Sex: __M__    Race: __Hispanic_____    Nationality: __U.S._____

**Defense Counsel if known:** _____        **Address:** _____
                                                                                              _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Robert E. Richardson_____        **Bar Number if applicable** __558489_____

**Interpreter:** ☐ Yes  ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

        ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☒ **Already in State Custody** __MCI Concord__        ☒ **Serving Sentence**        ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  __4_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:** _7/20/05_        **Signature of** _____

**05** CR **1** **0 1** **0 7** PBS

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Ricardo Flores _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2113(a) | Bank Robbery | 1-4 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:** _____

JS-45.wpd - 3/13/02