## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, MCI Concord

YOU ARE COMMANDED to have the body of RICARDO FLORES now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 25, on the 7th floor, on May 4, 2005 at 2:30 P.M., for the purpose of an initial appearance in the case of United States of America v. RICARDO FLORES, Criminal Number 05-10107-PBS. And you are to retain the body of said RICARDO FLORES while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said RICARDO FLORES to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.

And have you then and there this Writ with your doings herein.

Dated this 26th day of April, 2005.


MARIANNE B. BOWLER
United States Magistrate Judge

Sarah Allison Thornton, CLERK

By: /s/DianalynnSaccoccio
    Dianalynn Saccoccio
    Deputy Clerk