UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal Number: 05-10107-PBS |
| ) | |
| v. ) | |
| ) | |
| **RICARDO FLORES** ) | |

## W A I V E R

I, **RICARDO FLORES**, fully understand that a federal detainer arising out of United States v. Ricardo Flores, Criminal No. 05-10107-PBS, was placed against me at the MCI Concord, and said detainer remains on file at that institution. I also fully understand that I am now a sentenced prisoner, serving a prison sentence imposed upon me by a state court in Massachusetts.

I understand that in these circumstances, I have certain rights under the Interstate Agreement on Detainers with respect to the federal court securing my presence for proceedings on the above-styled federal indictment.

I have discussed this matter fully with my attorney, _Elliot Weinstein_, and after having such discussion, I hereby voluntarily waive any rights I might have under the Interstate Agreement on Detainers with respect to any proceedings in this case, United States v. Ricardo Flores, Criminal No. 05-10107-PBS, and I further voluntarily consent to the federal court issuing Writs of Habeas Corpus Ad Prosequendum whenever my presence is needed in federal court, and voluntarily consent to be returned to state custody after each proceeding at which my presence was

1

achieved through a Federal Writ of Habeas Corpus Ad Prosequendum.

Signed in Boston, Massachusetts.

_____
**RICARDO FLORES**, defendant

_____
Date    5/4/05

*Witnessed by:*

_____
**[Name of Defense Attorney]**,
Attorney for the Defendant

_____
Date    5/4/05