UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| V. ) | Criminal No. 05-10107-PBS |
| ) | |
| ) | |
| RICARDO FLORES, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO EXCLUDE THE TIME
FROM JUNE 7, 2005 THROUGH JULY 7, 2005,
AND FOR AN ORDER ON EXCLUDABLE DELAY**

The United States hereby moves move, pursuant to 18 U.S.C. §3161(h)(8)(A) and Section 5(c)(1)(A) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, to exclude the time within which trial must commence under 18 U.S.C. §3161(c)(1), excluding from such computation all time, commencing on June 7, 2005 (date of initial status conference), and concluding on July 7, 2005(date of interim status conference).

As grounds therefor, the undersigned states that the parties have sought, and the Court has granted this day, additional time for defense counsel to review automatic discovery provided by the government, to confer with the defendant and to confirm whether counsel will file any dispositive motions.

WHEREFORE, the parties respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice are served by granting the

requested exclusion, and that said exclusion outweighs the best interest of the public and the defendants in a speedy trial, and, accordingly, exclude all time, **commencing on June 7, 2005, and concluding on July 7, 2005**, in computing the time within which trial must commence under 18 U.S.C. §3161, and request that the Court enter an Order of Excludable Delay.

    Counsel for the defendant, Elliot M. Weinstein, Esq., assented to this motion in open Court during the Initial Status Conference held this day.

                                  MICHAEL J. SULLIVAN
                                  United States Attorney
                    By:

                                  /s/Antoinette E.M. Leoney
                                  ROBERT E. RICHARDSON
                                  ANTOINETTE E.M. LEONEY
                                  Assistant U.S. Attorney
                                  (617) 748-3100

Dated:   June 7, 2005

### CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document electronic court filing and/or regular mail:

    Elliot M. Weinstein, Esq.
    228 Lewis Wharf
    Boston, MA 02110

This 7th day of June, 2005.

                                  /s/Antoinette E.M. Leoney
                                  ANTOINETTE E.M. LEONEY
                                  Assistant U.S. Attorney