UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA** )
)
     **v.** )
)
**RICARDO FLORES** )   CRIMINAL NO. 05-10107-PBS
)

## ASSENTED-TO MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The government respectfully moves that this Court exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. ("STA"), the period between the status conference on July 7, 2005 and the further status conference set for September 7, 2005.  As grounds therefor, the United States states that at the July 7, 2005 conference counsel for the defendant stated that additional time is necessary to enable the defendant to pursue additional discovery requests, and thus, consistent with 18 U.S.C. §3161(h)(8)(A), the ends of justice served by continuing the matter to September 7, 2005 for such purpose outweigh the best interest of the public and the defendant in a speedy trial.

    The defendant, through his counsel, has assented to the

exclusion of said period for purposes of the STA.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                 By:
                        <u>/s/ Robert E. Richardson</u>
                        ROBERT E. RICHARDSON
                        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                      Boston, Massachusetts
                                  July 7, 2005

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Elliot M. Weinstein, Esq.

                                    <u>/s/ Robert E. Richardson</u>
                                    ROBERT E. RICHARDSON