UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RICARDO FLORES** | ) | CRIMINAL NO. 05-10107-PBS |
| | ) | |

## ASSENTED-TO MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The government respectfully moves that this Court exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. ("STA"), the period between the status conference on September 7, 2005 and the further status conference set for October 20, 2005. As grounds therefor, the United States states that at the September 7, 2005 conference counsel for the defendant stated that additional time is necessary to enable him to review materials and consult with the defendant, and thus, consistent with 18 U.S.C. §3161(h)(8)(A), the ends of justice served by continuing the matter to October 20, 2005 for such purpose outweigh the best interest of the public and the defendant in a speedy trial.

The defendant, through his counsel, has assented to the

exclusion of said period for purposes of the STA.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney

By:
>/s/ Robert E. Richardson
>ROBERT E. RICHARDSON
>Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                           Boston, Massachusetts
                                        July 7, 2005

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Elliot M. Weinstein, Esq.

>/s/ Robert E. Richardson
>ROBERT E. RICHARDSON