**UNITED STATES DISTRICT COURT**
                   **DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA** )
                              )
       **v.**                   )
                              )
**RICARDO FLORES**        )       CRIMINAL NO. 05-10107-PBS
                              )

## ASSENTED-TO MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The government respectfully moves that this Court exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. ("STA"), the period between the status conference on November 21, 2005 and the further status conference set for January 5, 2006. As grounds therefor, the United States states that at the November 21, 2005 conference counsel for the defendant stated that additional time is necessary to enable counsel to confer with the defendant, and thus, consistent with 18 U.S.C. §3161(h)(8)(A), the ends of justice served by continuing the matter to January 5, 2006 for such purpose outweigh the best interest of the public and the defendant in a speedy trial.

    The defendant, through his counsel, has assented to the

exclusion of said period for purposes of the STA.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

  By:
        /s/ Robert E. Richardson
        ROBERT E. RICHARDSON
        Assistant U.S. Attorney