# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10107-PBS

UNITED STATES OF AMERICA

v.

RICARDO FLORES

## FINAL STATUS REPORT

JANUARY 6, 2006

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with bank robbery, was returned on April 20, 2005;

2. The defendant was arraigned on the Indictment on May 4, 2005;

3. The defendant is in state custody;

4. At the time of arraignment, the government estimated it would call 15 witnesses and that trial would last five to seven days;

5. Defense counsel has stated that the case will likely be resolved by way of a trial;

6. The parties have agreed to exclude the time up to and including the date of the first pretrial conference held before the district judge;

7. This case is hereby returned to the district judge to whom the case is assigned.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE