UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.   05-10107-PBS

v.

RICARDO FLORES


### NOTICE OF INITIAL PRETRIAL CONFERENCE


SARIS, U.S.D.J.                                                   January 9, 2006


     TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **January 25, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.



By the Court,


  /s/ Robert C. Alba  
Deputy Clerk


Copies to:  All Counsel