UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  05-10107-PBS |
| v. | |
| RICARDO FLORES | |

### NOTICE OF RESCHEDULED INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                          January 25, 2006

    At the request of defense counsel, the Initial Pretrial Conference previously scheduled for January 25, 2006, has been **rescheduled** to **February 8, 2006, at 4:00 p.m.**

                                              By the Court,

                                                /s/ Robert C. Alba
                                              Deputy Clerk

Copies to:  All Counsel

resched.ntc