```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     v.                       )   CRIMINAL NO. 05-10107-PBS
                              )
RICARDO FLORES                )
```

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America by and through Assistant United States Attorney Robert E. Richardson respectfully represents:

1. That RICARDO FLORES, DOB 09/02/72, is presently incarcerated at Old colony Correctional Center, One Administration Road, Bridgewater, MA, and that on February 8, 2006, he will be incarcerated at that institution.

2. That on February 8, 2006, the above case pending against RICARDO FLORES is scheduled for a conference before the United States District Court for the District of Massachusetts (Saris, J.).

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to be directed to the Superintendent, Old Colony Correctional Center, One Administration Road, Bridgewater, MA, or to any other person having custody and control of RICARDO FLORES, commanding them to produce RICARDO FLORES before the United States District Court for the District of Massachusetts,1 Courthouse Way, Boston,

Massachusetts, on February 8, 2006.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                               United States Attorney

                                By:/s/Robert E. Richardson
                                    ROBERT E. RICHARDSON
                                    Assistant U.S. Attorney
February 7, 2006                (617)748-3247

ALLOWED:

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

DATED: _____