UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  05-10107-PBS |
| v. | |
| RICARDO FLORES | |

### NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                                                               February 16, 2006

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **March 9, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      By the Court,

      _/s/ Robert C. Alba__
      Deputy Clerk

Copies to:  All Counsel