UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                CRIMINAL ACTION
                NO.  05-10107-PBS

v.

RICARDO FLORES

### NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                              April 11, 2006

      At the request of U.S. Probation, the Sentencing previously scheduled for June 12, 2006, has been **rescheduled** to **July 18, 2006, at 2:00 p.m.**

                                                       By the Court,

                                                         _/s/ Robert C. Alba_
                                                         Deputy Clerk

Copies to:  All Counsel

resched.ntc