UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Old Colony Correctional Center, One Administration Road, Bridgewater, MA.

YOU ARE COMMANDED to have the body of Ricardo Flores * now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on July 18, 2006, at 2:00 p.m. for the purpose of a Sentencing in the case of United States of America V. Ricardo Flores, CR Number 05-10107-PBS.  And you are to retain the body of said Ricardo Flores while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Ricardo Flores to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 20th day of June, 2006.

* D.O.B : 09/02/72
  SS# unknown

PATTI B. SARIS
United States District Judge

Sarah Thornton, Clerk

By: /s/ Robert C. Alba
SEAL         Deputy Clerk