UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                  CR. NO.  05-10107-PBS

RICARDO FLORES

DEFENDANT'S MOTION TO RESCHEDULE SENTENCING HEARING

Defendant Ricardo Flores, by his attorney, moves that this Court reschedule the sentencing hearing now set for July 18, 2006 for the reason that his counsel will be in Atlanta, Georgia until late August while his son receives medical treatment at the Shepherd Center.

Defense counsel will communicate with the Court to reschedule this hearing at the earliest date upon his return to Boston.

RICARDO FLORES
By his attorney,


 /s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

July 1, 2006